May Term,
1861.

MILLER
v.
POWERS.

Thursday,
June 13.

--- ◆ ---

MILLER and Others *v.* POWERS and Others.

Where the ground of objection to the admission of testimony does not appear to have been presented to the Court below, the exception to the ruling will not be available in the Supreme Court.

The Court, sitting as a jury, may infer from the face of a note payable "at the Br. at *Fort Wayne,* of The Bk. of the State of *Indiana,*" that it was intended to be payable at the "Branch at *Fort Wayne,* of the Bank of the State of *Indiana.*"

Thursday,
June 13.

APPEAL from the *Allen* Common Pleas.

DAVISON, J.—The appellees, who were the plaintiffs, sued *George Miller, Conrad Nill, Jacob Bowser* and *George Hartman,* alleging in their complaint, that *Miller,* on *April* 3, 1858, by his note, a copy of which, with the indorsements thereon, are herewith filed, promised to pay *Conrad Nill* $543; and that *Nill* indorsed the note to *Bowser,* who indorsed it to *Hartman,* who indorsed it to the plaintiffs. It is averred that *Miller* did not pay the note when it became due, upon

presentation at the place where payable, of which the defendants had notice, and that the note remains due and unpaid, &c. The copy of the note filed with the complaint is in these words:

" $543.                      *Fort Wayne, April* 3, 1858.

" Seven months after date, I promise to pay to the order of *Conrad Nill*, $500, value received, without any relief whatever from appraisement laws, payable at the Br. at *Fort Wayne* of the Bk. of the State of *Indiana.*"

(Signed)   " GEORGE MILLER."

Defendants demurred to the complaint, on the ground that it " does not state facts sufficient to constitute a cause of action; but their demurrer was overruled. As no exception appears to have been taken to this ruling, it will not be further noticed.

The cause was submitted to the Court, who found for the plaintiff; and thereupon *Nill, Bowser* and *Hartman*, three of the defendants, moved for a new trial; but their motion was overruled, and judgment rendered on the finding, &c.

Upon the trial, the plaintiff offered a note, a copy of which is above set forth, in evidence; to the introduction of which the defendants, *Nill, Bowser* and *Hartman*, objected. Their objection was overruled, and they excepted; but the ground of the objection does not appear to have been presented to the lower Court; hence the exception is not available in this Court. And as the note was in evidence, we are of opinion that the Court, sitting as a jury, had a right to infer from its face, that it was payable at the Branch at *Fort Wayne*, of the Bank of the State of *Indiana*.

*Per Curiam.*—The judgment is affirmed, with 5 per cent. damages and costs.

*L. M. Ninde* and *H. W. Puckett*, for the appellants.